UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ROBERT GALLEGOS, | No. 2:23-cv-2964 CKD P |
| Plaintiff, | |
| v. | ORDER |
| GLADDEN BRUCE, et al., | |
| Defendants. | |

Plaintiff, a California prisoner, has submitted a document in which he asks the court to make an order regarding the manner in which he is housed. The document is difficult to read and, at times, illegible, and because plaintiff does not have a pleading before the court (the court cannot grant preliminary injunctive relief without a pleading), the requests in the document (ECF No. 15) are denied without prejudice. Plaintiff may submit a legible motion for preliminary injunctive relief with his amended complaint which is due on June 3, 2024.

Dated:  May 17, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
gall2964.14

1