UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ROBERT GALLEGOS,<br><br>Plaintiff,<br><br>v.<br><br>GLADDEN BRUCE, et al.,<br><br>Defendants. | No.  2:23-cv-2964 DJC CKD P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and seeking relief pursuant to 42 U.S.C. § 1983.  On May 3, 2024, plaintiff's complaint was dismissed with leave to amend.  Plaintiff filed an amended complaint on October 7, 2024.

The allegations in plaintiff's amended complaint concern events occurring at Kern Valley State Prison and Salinas Valley State Prison.  Neither prison is located within the territory covered by this division of the Eastern District.  Kern Valley State Prison is located within the territory covered by the Fresno Division.  Salinas Valley State Prison lies within the jurisdiction of the Northern District of California.

Good cause appearing, this case will be transferred to the Fresno Division pursuant to Local Rule 120(f) (a civil action which has not been commenced in the proper division of this court may be transferred to the other).  When transferred, the assigned judge can determine whether some of plaintiff's claims should then be transferred to the Northern District of

California.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

    United States District Court
    Eastern District of California
    2500 Tulare Street
    Fresno, CA 93721

Dated: November 21, 2024

    CAROLYN K. DELANEY
    UNITED STATES MAGISTRATE JUDGE

1
gall2964.22